497 A.2d 608

**COMMONWEALTH of Pennsylvania**

v.

**Michael William McGINNIS, Petitioner.**

Supreme Court of Pennsylvania.

Aug. 27, 1985.

Petition for Allowance of Appeal GRANTED, 54 M.D. Appeal Docket 1985.